UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-2076 FMO (FFMx) | Date | **November 30, 2018** |
|---|---|---|---|
| Title | **Anisa Lord v. CARS Recovery, Inc., et al.** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):  Attorney Present for Defendant(s):

None Present  None Present

**Proceedings:** (In Chambers) Order Re: Further Proceedings

Having reviewed and considered defendant's Motion for Relief from Scheduling Order (Dkt. 18, "Motion"),[1] which defendant represents plaintiff will not oppose, (see id. at 2), IT IS ORDERED THAT:

1. The Motion (**Document No. 18**) is **granted** as set forth in this Order.

2. The discovery deadline is extended to **December 18, 2018**.[2]

3. Absent exceptional circumstances, no further extensions will be granted.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | vdr |

---

[1] Defendant noticed the Motion before the Magistrate Judge.  (See Dkt. 18, Notice of Motion at 2).  In this District, the District Judge sets and modifies case deadlines, rather than the Magistrate Judge.  Accordingly, the court decides the instant Motion.

[2] Except as set forth in this order, the parties shall comply with all the dates and requirements set forth in the Court's Case Management Order of **June 4, 2018 (Dkt. 16)**.