**JS−6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ANISA LORD

        Plaintiff(s),

  v.

CARS RECOVERY, INC. , et al.



        Defendant(s).

CASE NO:
2:18−cv−02076−FMO−FFM

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

    Having been advised by counsel that the above−entitled action has been settled, IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within <u>60</u> **days from the filing date of this Order**, to re−open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

    **IT IS SO ORDERED.**

DATED: March 11, 2019

                         */s/ Fernando M. Olguin*
                         Fernando M. Olguin
                         United States District Judge