FILED
CLERK, U.S. DISTRICT COURT

10/15/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_CW\_\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANISA LORD,<br><br>      Plaintiff,<br><br>      v.<br><br>CARS RECOVERY, INC.,<br><br>      Defendant. | Case No. CV 18-02076 FMO (FFMx)<br><br>**JUDGMENT RE: ATTORNEY'S FEES AND COSTS** |

Pursuant to the Court's Order Re: Attorney's Fees & Costs, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT defendant Cars Recovery, Inc. shall pay plaintiff Anisa Lord attorney's fees and costs in the amount $76,764.61, consisting of attorney's fees in the amount of $70,685 and costs in the amount of $6,079.61.

Dated this 15th day of October, 2019.

                                            /s/
                                  Fernando M. Olguin
                               United States District Judge